# TM7052
*2 - 6 GHz 25 Watt Power Amplifier*



## Product Features

High Output Power: +44 dBm
High Power Gain: 19 dB @ Pin = 25 dBm
DC Supply: +28 V @ 1100 mA
50 Ohm Matched Input/Output
Die size: 4 x 3.4 x 0.1 mm

## Applications

- Test Instrumentation
- Microwave Radio
- Telecommunication Infrastructure
- Radar

## General Description

The TM7052 is a GaN power amplifier die which operates from 2 to 6 GHz. The amplifier delivers 44 dBm of output power with a input power of 25 dBm. The TM7052 is a 50 ohm matched design which eliminates the need for RF port matching. The die is 4 mil thick and the backside is plated for simultaneous RF and DC ground.

## Functional Diagram



## Electrical Specifications, VDD = 28 V, IDD = 1100 mA, $T_A$ = 25 °C

| Parameter | Min | Typ | Max | Units |
|---|---|---|---|---|
| Frequency Range |  | 2 - 6 |  | GHz |
| Gain |  | 22 |  | dB |
| Input Return Loss |  | -15 |  | dB |
| Output Return Loss |  | -10 |  | dB |
| Saturated Output Power |  | 44 |  | dBm |
| PAE |  | 36 |  | % |

# TM7052
## 2 - 6 GHz 25 Watt Power Amplifier



### Absolute Maximum Ratings

| Parameter | Rating |
|---|---|
| Storage Temperature | -55 to 150 ºC |
| Operating Temperature | -40 to 85 ºC |
| Drain Voltage | +32 V |
| Gate Voltage | -8 to 0 V |
| Channel Temperature | 225 ºC |
| Thermal Resistance (Channel to die bottom) | 2.9 ºC/W |

### Recommended Operating Conditions

| Parameter | Min | Typ | Max | Units |
|---|---|---|---|---|
| VDD | | 28 | | V |
| IDD | | 1100 | | mA |



ATTENTION ELECTROSTATIC SENSITIVE DEVICE





# TM7052

*2 - 6 GHz 25 Watt Power Amplifier*



## Pin Description



| Pad | Function | Description |
|---|---|---|
| 1 | RFIN | 50 Ohm matched input |
| 2, 10 | VG1 | Gate control for stage 1 |
| 3, 9 | VG2 | Gate control for stage 2 |
| 4, 8 | VD1 | Drain supply for stage1 |
| 5, 7 | VD2 | Drain supply for stage 2 |
| 6 | RFOUT | 50 Ohm matched output |

*Tricon MMIC Preliminary Datasheet Rev A*
*Visit us at https://sites.google.com/site/triconmmic/*
*Email: triconmmic@yahoo.com*

# TM7052

*2 - 6 GHz 25 Watt Power Amplifier*



## Assembly Diagram



*Tricon MMIC Preliminary Datasheet Rev A*
*Visit us at https://sites.google.com/site/triconmmic/*
*Email: triconmmic@yahoo.com*