UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 19-cr-10195-WGY |
| ) | |
| YANZHI CHEN ) | |

## DISMISSAL OF INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the Third Superseding Indictment in this matter charging Yanzhi Chen with four counts of wire fraud, in violation of 18 U.S.C. § 1343. In support of this dismissal, the government states that this dismissal is in the interests of justice.

Respectfully submitted,

_/s/ Rachael S. Rollins_
RACHAEL S. ROLLINS
United States Attorney

_/s/_
Amanda Beck
Jason A. Casey
John A. Capin
Assistant U.S. Attorneys

Leave to File Granted:

_____
William G. Young, Judge
United States District Court